UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ENRIQUE NAVARRO,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendants.

Civil No. 01-618 (MJD/FLN)

**ORDER**

Plaintiff, a prisoner at the Federal Correctional Institution in Oxford, Wisconsin, commenced this action by filing a complaint in the U.S. District Court for the Western District of Wisconsin, seeking relief under the Federal Tort Claims Act. The Wisconsin Court granted Plaintiff leave to proceed in forma pauperis, and a summons and copy of the complaint were served on the named Defendant -- the United States of America. Defendant filed a motion asking to have the action dismissed, or in the alternative, transferred to Minnesota. The Wisconsin Court denied the motion to dismiss (without prejudice), but ordered the case transferred to this District.

Because Defendant's motion to dismiss was denied, it appears to the Court that Defendant is now required to serve an answer or some other response to Plaintiff's complaint. See Fed. R. Civ. P. 12(a)(4)(A). Defendant will therefore be directed to file an appropriate response to the complaint within the next 30 days, failing which the Court will entertain a motion for default judgment.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

FILED APR 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Within 30 days after the date of this Order, Defendant shall file, and serve upon Plaintiff, an answer or other response to Plaintiff's complaint in this matter.

Dated: April 16, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge