UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Enrique Navarro,

Plaintiff,

v.

United States of America,

Defendant.

Civil 01-618 MJD/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 29, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [#13] is DENIED; and

2. Plaintiff's Motion for Default Judgment [#17] is DENIED. The Government filed a response, that is, the instant Motion to Dismiss for Lack of Subject Matter Jurisdiction [#13], to Plaintiff's Complaint on May 16, 2001, one day before the deadline prescribed by this Court.

DATED: 12-19, 2001.

Michael J. Davis

JUDGE MICHAEL J. DAVIS
United States District Court

DEC 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK